IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SPENCER KLING, HEATHER MOSER, JASON SNYDER, JUSTIN WIDMARK, and EMMA KREIDER, on behalf of themselves and others similarly situated,<br>            *Plaintiffs*,<br><br>      v.<br><br>COUNTY OF LANCASTER,<br>            *Defendant*. | CIVIL ACTION<br><br><br>No. 5:26-CV-01528-JMG |

**JOINT STIPULATION FOR EXTENSION OF TIME
TO ANSWER PLAINTIFFS' COMPLAINT**

It is hereby stipulated and agreed by and between the attorney for Plaintiffs and the attorneys for Defendant, that the time for Defendant to answer, move, or otherwise respond to Plaintiffs' Complaint be extended to April 15, 2026.

| **KREVSKY BOWSER LLC** | **MCNEES WALLACE & NURICK LLC** |
|---|---|
| By:  /s/ *Anthony T. Bowser*<br>      Anthony T. Bowser (I.D. 204561)<br>      20 Erford Road, Suite 300A<br>      Lemoyne, PA 17043<br>      (717) 731-8600<br>      abowser@krevskybowser.com<br>      *Attorney for Plaintiffs* | By:  /s/ *Langdon T. Ramsburg*<br>      Langdon T. Ramsburg (I.D. 318749)<br>      Micah T. Saul (I.D. 307236)<br>      100 Pine Street, P.O. Box 1166<br>      Harrisburg, PA 17108-1166<br>      Phone: (717) 232-8000<br>      lramsburg@mcneeslaw.com<br>      msaul@mcneeslaw.com<br>      *Attorneys for Defendant* |
| Dated:  April 1, 2026 | Dated:  April 1, 2026 |

**ACCEPTED AND SO ORDERED**

Date: April 1, 2026

/s/ John M. Gallagher

John M. Gallagher
United States District Court Judge