**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SPENCER KLING, HEATHER MOSER, JASON SNYDER, JUSTIN WIDMARK, and EMMA KREIDER, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs<br><br>    *versus*<br><br>COUNTY OF LANCASTER,<br><br>    Defendant | Case No: 5:26-cv-1528<br><br>Jury Trial Demanded |

**CONSENT TO JOIN COLLECTIVE ACTION**

1. I understand that a lawsuit has been filed against County of Lancaster, Pennsylvania, alleging violations of the Fair Labor Standards Act ("FLSA"), including failure to pay overtime compensation.

2. I believe that during my employment with the County of Lancaster, Department of Public Safety 9-1-1 Division, I was subject to the same or similar pay practices described in the lawsuit.

3. By signing this document, I knowingly and voluntarily consent to join this lawsuit as a party plaintiff pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b), in order to pursue my claims for unpaid wages and any other relief available under federal law.

4. I understand that by filing this consent I will become a party to the lawsuit, and that the Court's decisions and any settlement or judgment in the case may affect my rights.

5. I designate the named plaintiffs in this case to act on my behalf concerning the litigation, including decisions relating to the prosecution, settlement, and resolution of the case.

6. I authorize the law firm of Krevsky Bowser LLC to represent me in this action and to take all necessary actions on my behalf in connection with the prosecution of my claims.

7. I understand that:

- Plaintiffs' counsel may seek an award of attorneys' fees and costs as permitted by law;

- I may be required to participate in the litigation, including providing documents, written responses, or testimony; and

- This consent form may be filed with the Court to evidence my intent to join this action.

8. I declare under penalty of perjury that the information provided below is true and correct.

**Employee Information:**

Name (Printed): Destiny Gilbert Klein

Address:

City/State/Zip:

Telephone:

Email:

Position(s) held: 911 Dispatcher

Approx dates of employment: 04/05/25

Signature: *Destiny Klein*

Date: 04/08/26