**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SPENCER KLING, et al., | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil No.: 5:26-cv-01528 |
| | : | |
| COUNTY OF LANCASTER, | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 23rd day of June, 2026, upon consideration of the jointly filed Consent Motion for Conditional Certification of Collective Action and Approval of Notice ("Motion") (ECF No. 42), **IT IS HEREBY ORDERED** that the Motion (ECF No. 42) is **DENIED** without prejudice.[1]

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

---

[1] The Court cannot grant the Motion and approve the Notice as it stands because the Notice has several deficiencies.

First, the collective as defined by Paragraph 3 of the Motion and the Proposed Order are different than the Notice. The Motion defined the collective as: "All current and former hourly Telecommunicator Specialists (Dispatchers) and Assistant Communication Supervisors employed by the County of Lancaster in the Department of Public Safety 9-1-1 Division at any time ***during the three years preceding" the Court's Order*** granting conditional certification through the conclusion of this action." *See* Mot. ¶ 3 (ECF No. 42) (emphasis added); Proposed Order (ECF No. 42-2). Meanwhile, Notice states: "You are receiving this notice because the County's records indicate that you are or were employed as an hourly Dispatcher/Telecommunicator Specialist or Assistant Communication Supervisor in the Lancaster County DPS 9-1-1 Division at some point ***during the three-year period from approximately March 10, 2023 through the present***." *See* Notice ¶ 3 (ECF No. 42-1) (emphasis added). These should be consistent.

Second, the Notice improperly numbered what should have been Paragraphs 9 and 10 as 10 and 11. This should be fixed before resubmitting.

Third, the Notice instructs the collective that they can contact Plaintiffs' counsel by telephone at the number listed in the previous paragraph, but the Notice did not include a phone number. This too should be revised.

Finally, neither the Motion nor Proposed Order address who is responsible for circulating the Notice to the collective or provide a deadline to do so. These must be addressed in the revised Notice.