**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| SPENCER KLING, et al., | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil No.: 5:26-cv-01528 |
| | : | |
| COUNTY OF LANCASTER, | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 3rd day of August, 2026, upon consideration of the jointly filed Second Consent Motion for Conditional Certification of Collective Action and Approval of Notice (ECF No. 44), **IT IS HEREBY ORDERED** that the Motion (ECF No. 44) is **GRANTED** as follows:

1.      Pursuant to 29 U.S.C. § 216(b), this matter is conditionally certified as a collective action for purposes of notice only on behalf of the following collective:

> All current and former hourly Telecommunicator Specialists (Dispatchers) and Assistant Communication Supervisors employed by the County of Lancaster in the Department of Public Safety 9-1-1 Division at any time during the three years preceding the date of this Order through the conclusion of this action.

2.      Conditional certification is granted solely for purposes of notice and without prejudice to Defendant's right to contest liability, damages, willfulness, exemption status, final certification, or whether Plaintiffs and any opt-in plaintiffs are similarly situated for purposes beyond conditional certification.

3.      The Court **APPROVES** the proposed Notice of Collective Action and Consent to Join ("Notice") form (ECF No. 44-1).

4.      Plaintiffs are **AUTHORIZED** to disseminate the approved Notice and Consent to Join form to potential collective members by U.S. Mail and electronic mail.

5.      Plaintiff's counsel and others acting on their behalf **SHALL NOT** send any mail or electronic mail to members of the conditional collective, other than the Notice approved by this Order.

6.      Plaintiff's counsel and others acting on their behalf **SHALL NOT** place telephone calls to members of the conditional collective except in response to contact from members of the conditional collective.

7.      By no later than **August 12, 2026**, Defendant **SHALL** produce to Plaintiffs' counsel, in computer-readable electronic format, the following information for all potential collective members:

a.  Full name;
b.  Last known mailing address;
c.  Personal email address, if available;
d.  Cellular telephone number, if available; and
e.  Dates of employment.

This information may be used only for purposes of providing notice to the conditional collective as provided in this Order and will not be disclosed to others or used for any other purpose.

8.      By no later than **August 19, 2026**, Plaintiffs **SHALL** issue the Notice in accordance with this Order.

9.      Potential opt-in plaintiffs may execute and return Consent to Join forms electronically, including through electronic signature platforms such as SignNow, DocuSign, Adobe Sign, or similar services. Electronically signed Consent to Join forms **SHALL** be deemed valid and effective for all purposes under 29 U.S.C. § 216(b).

10.     Plaintiffs are **AUTHORIZED** to distribute one reminder notice no sooner than **August 27, 2026** to individuals who have not yet returned Consent to Join forms.

11.     The opt-in period **SHALL** remain open until **September 28, 2026**.

12.     Plaintiffs **SHALL** file all executed Consent to Join forms with the Court by no later than **September 30, 2026**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge