**CONSENT TO JOIN COLLECTIVE ACTION**

*Kling, et al. v. County of Lancaster*
Civil Action No. 5:26-cv-01528 (E.D. Pa.)

I hereby consent to join the above-captioned collective action lawsuit against the County of Lancaster under the Fair Labor Standards Act, 29 U.S.C. § 216(b). I understand that:

1. By joining, I designate the named Plaintiffs and Plaintiffs' counsel, Krevsky Bowser LLC, to represent me and to make litigation and settlement decisions on my behalf, subject to my right to be informed of significant developments.

2. I will be bound by any final judgment or approved settlement of the collective action, whether favorable or unfavorable.

3. I may retain my own attorney at my own expense.

| *Calista Lane Heiser* | 08/11/2026 |
|---|---|
| Signa~~ture~~ *Verified by signNow* | *Date* |
| Calista Lane Heiser 08/11/2026 20:27:27 UTC | +17173428547 |
| *Print Full Name* | *Telephone Number* |
| 109 Morning Glory Lane, Manheim, Pennsylvania,17545 | |
| *Mailing Address (Street, City, State, Zip)* | |
| clogan0012@gmail.com | |
| *Email Address* | |

**RETURN THIS FORM TO PLAINTIFFS' COUNSEL BY** SEPTEMBER 28, 2026
**BY ANY OF THE FOLLOWING METHODS:**

**MAIL TO:** Krevsky Bowser LLC | 20 Erford Road, Suite 300A | Lemoyne, PA 17043

**EMAIL TO:** [FLSA@krevskybowser.com](mailto:FLSA@krevskybowser.com)

**COMPLETE ONLINE AT:** https://signnow.com/s/5qq9KU7A

*DO NOT SEND THIS FORM TO THE COURT OR TO THE COUNTY OF LANCASTER*