**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SPENCER KLING, et al., Plaintiffs, | : | |
| v. | : | Civil No.: 5:26-cv-01528 |
| COUNTY OF LANCASTER, Defendant. | : | |

**ORDER**

**AND NOW**, this 31st day of August, 2026, at the request of the parties, **IT IS HEREBY ORDERED** that this case is **REFERRED** to Magistrate Judge Pamela A. Carlos for the purpose of conducting a settlement conference.[1]

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

[1] Discovery shall continue and all deadlines shall remain intact.