IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SPENCER KING, et al<br>v.<br>COUNTY OF LANCASTER | Civil Action No. 26-1528 JMG |

SETTLEMENT CONFERENCE SCHEDULING ORDER

Please be advised that an in person settlement conference in the above-captioned case will be held on **THURSDAY, NOVEMBER 19, 2026 at 9:30 A.M. EST** before the Honorable Pamela A. Carlos, United States Magistrate Judge, in Suite 4401, United States Courthouse and Federal Building, 504 West Hamilton Street, Allentown, PA. ***It is recommended that you park at the public parking garage located at 6th & Walnut Street. There is an entrance on both Walnut and 6th Streets.***

**PLAINTIFFS AND THEIR COUNSEL ARE TO REPORT TO CHAMBERS AT 9:30 A.M. ON THE DATE STATED ABOVE. DEFENSE COUNSEL AND DEFENDANT'S AUTHORIZED REPRESENTATIVE SHALL REPORT AT 10:30 A.M.**

**ALL PERSONS ARE EXPECTED TO ATTEND IN PERSON. ANYONE SEEKING LEAVE TO PARTICIPATE REMOTELY MUST OBTAIN PERMISSION FROM THE COURT *IN ADVANCE OF THE CONFERENCE*. PERMISSION MAY BE REQUESTED BY EMAIL LETTER TO CHAMBERS AND MUST INDICATE THE POSITION OF OPPOSING COUNSEL. ANYONE GRANTED LEAVE TO PARTICIPATE REMOTELY SHALL REMAIN READILY ACCESSIBLE THROUGHOUT THE SETTLEMENT CONFERENCE AS NEEDED.**

PURSUANT TO FRCP 16(c)(1): Attendance. A represented party must authorize at least one of its attorneys to make stipulations and admissions about all matters that can reasonably be anticipated for discussion at a pretrial conference. If appropriate, the court may require that a party or its representative be present or reasonably available by other means to consider possible settlement."

ACCORDINGLY, **TRIAL COUNSEL** SHALL APPEAR AND BRING WITH THEM ALL PERSONS WHOSE CONSENT MAY BE NECESSARY TO SETTLE THIS CASE. **PERSONS PRESENT MUST HAVE FULL SETTLEMENT AUTHORITY AND MAY NOT CONFER BY TELEPHONE WITH ANYONE TO SEEK ADDITIONAL AUTHORITY.**

**CONTINUANCE REQUESTS SHOULD BE MADE *VIA DOCKETED LETTER* TO THE COURT WITHIN FOURTEEN (14) DAYS OF RECEIPT OF THIS NOTICE. THE LETTER REQUEST SHALL INDICATE WHETHER OR NOT THE REQUEST FOR CONTINUANCE IS OPPOSED. CONTINUANCE REQUESTS WILL ONLY BE GRANTED FOR THE MOST COMPELLING REASONS.**

NO LATER THAN **MONDAY, NOVEMBER 9, 2026**, COUNSEL ARE TO SUBMIT A JOINT LETTER TO CHAMBERS, *VIA EMAIL*, ADVISING AS TO THE MOST RECENT SETTLEMENT NEGOTIATIONS. THE PARTIES ARE ALSO DIRECTED TO CONFIRM WHETHER BASED UPON THE STATUS OF NEGOTIATIONS THERE IS AN AGREEMENT TO PROCEED WITH A GOOD FAITH SETTLEMENT CONFERENCE.

FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.

Counsel are further directed to provide **AN UPDATED** SETTLEMENT CONFERENCE MEMORANDUM to Chambers, by Email on or before **MONDAY, NOVEMBER 9, 20926.** ***FAILURE TO SUBMIT SETTLEMENT MEMORANDUM WITHIN THE TIME SET FORTH IN THIS ORDER MAY RESULT IN SANCTIONS***.

The Email address is PAED_Carlos_Chambers@paed.uscourts.gov. The settlement conference memorandum shall include:

1. Name, title and email of all persons participating in the settlement conference.

2. An ***updated*** case synopsis, limited to four pages, which shall be in **Microsoft Word format**.

3. **Critical** exhibits in support of the parties' liability and damage claims or defenses. The parties should coordinate with one another as to which party will produce the specific documents if possible. Duplicate submission are discouraged.

4. Affirmative and rebuttal experts reports, if any.

5. ***Relevant*** portions of deposition testimony may be submitted. Submission of entire deposition transcripts is strongly discouraged.

BY THE COURT:

ATTEST

/ss/ CARLENE L. NICE

DEPUTY CLERK TO PAMELA A. CARLOS, USMJ

FOR INFORMATION CONTACT CHAMBERS

Phone: 610-434-3823

Email: PAED_Carlos_Chambers@paed.uscourts.gov

Date: October 7, 2026