**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SPENCER KLING, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LANCASTER,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: | Civil No.: 5:26-cv-01528-JMG |

## NOTICE OF DISCOVERY CONFERENCE

**TAKE NOTICE,** that a **Telephonic Discovery Conference** has been set as follows:

Lead counsel shall appear **VIA TELEPHONE** for a Status Conference in the above-captioned matter on **Tuesday, November 10, 2026 at 1:30 p.m.**[1]

For the Court,

*/s/ Christine C. Stein*
Christine C. Stein
Deputy Clerk for Judge John M. Gallagher

Date of Notice: November 9, 2026

[1] Plaintiff's counsel must provide the Court and opposing counsel with conference bridge details immediately upon receipt of this Notice.